

# NUMBER 13-22-00557-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ORELVIS LOPEZ,                                                     Appellant,

v.

THE STATE OF TEXAS,                                               Appellee.

**On appeal from the 319th District Court
of Nueces County, Texas.**

## MEMORANDUM OPINION

**Justices Tijerina, Silva, and Peña
Memorandum Opinion by Justice Tijerina**

This cause is before the Court on appellant's motion to dismiss this appeal. The motion was signed by both counsel and the appellant. We find the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

Accordingly, the motion to dismiss is granted. Without passing on the merits of the case, the appeal is hereby dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
29th day of June, 2023.